# Court of Appeals
# of the State of Georgia

ATLANTA, March 21, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0780.  RICHARD S. BRYSON v. THE STATE.**

Appellant Richard S. Bryson was indicted in Catoosa County and pleaded guilty to multiple sex offenses against his step-daughter. He subsequently filed a pro-se motion in the Superior Court of Catoosa County seeking credit for time served, contending that he should receive credit for time served in Dade County on another offense related to sex crimes against his step-daughter. The trial court entered an order both denying and dismissing Bryson's motion, and Bryson filed this pro-se appeal.

As our Supreme Court explained in *Warbington v. State*, 303 Ga. 649, 650 (814 SE2d 351) (2018), "a prisoner seeking credit for time served should generally seek relief through a petition for writ of mandamus against the official responsible for calculation of the time." Because the motion was a nullity, it presents nothing for this Court to review. Accordingly, Bryson's appeal is dismissed. Id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/21/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*